IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:22-CR-077-E |
| v. | ECF |
| HERNAN OSCAR GUTIERREZ | |

**MOTION FOR DETENTION AND
CONTINUANCE OF DETENTION HEARING**

The United States moves for pretrial detention of defendant, Hernan Oscar Gutierrez, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_   Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_\_   Maximum sentence life imprisonment or death

    \_\_X\_\_   10 + year drug offense

    \_\_\_\_\_   Felony, with two prior convictions in above categories

    \_\_X\_\_   Serious risk defendant will flee

    \_\_\_\_\_   Serious risk obstruction of justice

    \_\_\_\_\_   Felony involving a minor victim

    \_\_X\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page  1**

2.  <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u> X </u>   Defendant's appearance as required

   <u> X </u>   Safety of any other person and the community

3.  <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   <u> X </u>   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§ 924(c)

   <u>     </u>   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   <u>     </u>   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   <u>     </u>   Previous conviction for "eligible" offense committed while on bond

4.  <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   <u>     </u>   At first appearance

   <u> X </u>   After continuance of **3** days (not more than 3).

**Motion for Detention - Page  2**

DATED this 11th day of March, 2022.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

s/ John J. Boyle
JOHN J. BOYLE
Assistant United States Attorney
Texas State Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:  214.659.8600
Fax: 214.767.0978
E-Mail: John.Boyle2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on **March 11, 2022**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  I do not know the attorney who will represent the defendant; however, I hereby certify that I will hand-deliver a copy of the foregoing document to the attorney or the defendant at the first available opportunity to do so.

s/ John J. Boyle
JOHN J. BOYLE
Assistant United States Attorney